1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant STUMP
5



FILED

JUL 26 2005

RICHARD W. W...
CLERK, U.S. DISTRICT C...
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6            IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,         )
9                                    )  No. CR 05-453-MJJ (EMC)
                  Plaintiff,         )
10                                   )  STIPULATION AND [PROPOSED]
        v.                           )  ORDER CONTINUING DATE FOR
11                                   )  IDENTIFICATION OF COUNSEL TO
   JEFFREY STUMP,                    )  NEW DATE IN DIFFERENT
12                                   )  COURTHOUSE
                  Defendant.         )
13 _____ )  Date: July 28, 2005
                                        Time: 9:30 a.m.
14                                      Court: Hon. Edward M. Chen
                                             U.S. Magistrate Judge
15

16      The parties jointly request that the hearing currently set for Thursday, July 28, at 9:30 a.m.

17 before Magistrate Chen for identification of counsel be re-scheduled for Friday, July 29, 2005 at

18 10:00 a.m. before Magistrate Wayne D. Brazil in Oakland.  The parties make this request because

19 the above-captioned matter is an Oakland venue case.  The matter was set on Magistrate Chen's

20 calendar in San Francisco while Magistrate Brazil was temporarily unavailable.  Magistrate

21 Brazil's clerk has confirmed that he will be available on Friday, July 29, 2005, to hear this matter

22 in Oakland.  Moving the hearing to Oakland will enable both counsel for the government and

23 counsel for the defendant to be present, whereas maintaining the current hearing date in San

24 Francisco would mean neither the Assistant U.S. Attorney prosecuting this case nor the Assistant

25 Federal Defender appointed to represent Mr. Stump could be present.  Mr. Stump is out of

26 custody and has no objection to the proposed change in date and location.  This request does not

STIP AND ORD TO CONT HEARING              - 1 -

require an exclusion of time under the Speedy Trial Act.

For the reasons set forth above, the parties stipulate and agree that the hearing currently set for Thursday, July 28, at 9:30 a.m. before Magistrate Chen for identification of counsel be re-scheduled for Friday, July 29, 2005 at 10:00 a.m. before Magistrate Wayne D. Brazil in Oakland.

SO STIPULATED.

Dated:    July 26, 2005

/S/ _____
HILARY A. FOX
Attorney for Defendant Jeffrey Stump

SO STIPULATED.

Dated:    July 26, 2005

/S/ _____
CANDICE JAN
Assistant United States Attorney

## SIGNTURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature /S/ within this efiled document.

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the hearing currently set for Thursday, July 28, 2005, at 9:30 a.m. before Magistrate Chen for identification of counsel is re-scheduled for Friday, July 29, 2005 at 10:00 a.m. before Magistrate Wayne D. Brazil in the Federal Courthouse, 1301 Clay Street, Oakland, California.

IT IS SO ORDERED.

Dated: July 26, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

STIP AND ORD TO CONT HEARING         - 2 -