KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDICE JAN (CSBN 225749)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
San Francisco, CA 94612-5217
Telephone: (510) 637-3699
Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00453 MJJ |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 3, 2005 TO NOVEMBER 18, 2005, AND FROM NOVEMBER 18, 2005 TO JANUARY 5, 2006, FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | ) | |
| JEFF STUMP, | ) | |
| Defendant. | ) | (18 U.S.C. § 3161, subdivisions (h)(8)(A) and (h)(1)(F)) |

The parties appeared before the Court on November 3, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time from November 3, 2005 to November 18, 2005, and from November 18, 2005 to January 6, 2006 under the Speedy Trial Act, 18 U.S.C. § 3161, subdivisions (h)(8)(A) and (h)(1)(F), respectively.

IT IS SO ORDERED.

DATED: 11/16/2005

HON. MARTIN J. JENKINS
United States District Court Judge