1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  CANDICE JAN (CSBN 225749)
   Special Assistant United States Attorney         F I L E D

5
       1301 Clay Street, Suite 340S                  NOV 2 2 2005
6      San Francisco, CA 94612-5217
       Telephone: (510) 637-3699                    RICHARD W. WIEKING
7      Facsimile:  (510) 637-3724                   CLERK U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
8  Attorneys for Plaintiff

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12

13 UNITED STATES OF AMERICA,        )   No. CR 05-00453 MJJ
                                    )
14      Plaintiff,                  )   [PROPOSED] ORDER EXCLUDING
                                    )   TIME FROM NOVEMBER 3, 2005 TO
15      v.                          )   NOVEMBER 18, 2005, AND FROM
                                    )   NOVEMBER 18, 2005 TO JANUARY 5,
16 JEFF STUMP,                      )   2006, FROM THE SPEEDY TRIAL ACT
                                    )   CALCULATION
17      Defendant.                  )   (18 U.S.C. § 3161, subdivisions (h)(8)(A)
                                    )   and (h)(1)(F))
18

19      The parties appeared before the Court on November 3, 2005. With the agreement of the

20 parties, and with the consent of the defendant, the Court enters this order documenting the

21 exclusion of time from November 3, 2005 to November 18, 2005, and from November 18, 2005

22 to January 6, 2006 under the Speedy Trial Act, 18 U.S.C. § 3161, subdivisions (h)(8)(A) and

23 (h)(1)(F), respectively.

24
        IT IS SO ORDERED.
25

26 DATED: 11/22/2005                              _____
                                                  HON. MARTIN J. JENKINS
27                                                United States District Court Judge

28