1 BARRY J. PORTMAN
Federal Public Defender
2 HILARY A. FOX
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607
4 Tel: (510) 637-3500
Counsel for Defendant STUMP

**FILED**

DEC 0 2 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-453-MJJ |
| Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE |
| v. | |
| JEFFREY STUMP, | Date: January 5, 2005<br>Time: 2:00 p.m. |
| Defendant. | Court: Hon. Martin J. Jenkins<br>U.S. District Court |

This matter is currently scheduled for a motions hearing on January 5, 2005. Under te schedule previously agreed to by the parties and adopted by the Court, defendant's motions were due to be filed on November 18, 2005. Because defendant has not yet completed some investigation relevant to the proposed motions, however, the parties stipulate and agree that the briefing schedule for defendant's pretrial motions should be modified as follows:

Defendant to file his motion by December 1, 2005.

Government's Opposition due by December 16, 2005.

Defendant's Reply (if any) due by December 21, 2005.

The hearing date of January 5, 2005, will remain unchanged.

Furthermore, to afford defendant adequate time to complete pending investigation and prepare his pretrial motions, the parties stipulate and agree that the time between today's date and the date that the motions are filed on December 1, 2005, should be excluded for purposes of the

- 1 -

1 | Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B).
2 |     SO STIPULATED.
3 | Dated:     November 21, 2005     /S/
4 |     _____
    HILARY A. FOX
    Attorney for Defendant Jeffrey Stump
5 |
6 | SO STIPULATED.
7 | Dated:     November 21, 2005     /S/
8 |     _____
    CANDICE JAN
    Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

Good cause appearing therefore, and pursuant to defendant Jeffrey Stump's stipulation, it is hereby ORDERED that the briefing schedule previously established for defendant's pretrial motions should be modified as follows:

Defendant to file his motion by December 1, 2005.

Government's Opposition due by December 16, 2005.

Defendant's Reply (if any) due by December 21, 2005.

The hearing date of January 5, 2005, will remain unchanged

It is further ORDERED that the time between today's date and December 1, 2005, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B). The Court finds, based on the stipulation of the parties, that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: 11/27, 2005

MARTIN J. JENKINS
United States District Court

- 3 -