Chambers Copy -- Do Not E-File

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CANDICE JAN (CSBN 225749)
   Special Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     San Francisco, CA 94612-5217
      Telephone: (510) 637-3699
7     Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

**FILED**

DEC 2 2 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JEFF STUMP, <br>     Defendant. | No. CR 05-00453 MJJ <br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM DECEMBER 1, 2005 TO JANUARY 5, 2006, FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161, subdivision (h)(8)(A)) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time from December 1, 2005 to January 5, 2006, under the Speedy Trial Act, 18 U.S.C. § 3161, subdivisions (h)(8)(A).

IT IS SO ORDERED.

DATED: 12/22/2005

HON. MARTIN J. JENKINS
United States District Court Judge