# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 30 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| vs. | ) Docket Number: CR 05-00453-1 MJJ |
| **Jeffrey M. Stump** | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _June 2, 2006_ be continued until _September 8, 2006_ at _2:30 pm_.

Date: 5/30/2006

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04