| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 3 | |
| 4 | VINEET GAURI (ILSBN 6242953)<br>Assistant United States Attorney |
| 5 | 1301 Clay Street Suite 340S<br>Oakland, California 94612 |
| 6 | Telephone: (510) 637-3693<br>FAX: (510) 637-3724 |
| 7 | |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00453 MJJ |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| v. | ) | and Order |
| JEFF STUMP, | ) | |
| Defendant. | ) | |

Please take notice that as of August 21, 2006, the Assistant U.S. Attorney whose name, address and telephone number are listed below will be counsel for the government.

Assistant U.S. Attorney VINEET GAURI
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3924

DATED: August 21, 2006            Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
_____
VINEET GAURI
Assistant United States Attorney

IT IS SO ORDERED
*Martin J. Jenkins*
Judge Martin J. Jenkins
8/21/2006