| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | VINEET GAURI (ILSBN 6242953)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Telephone: (510) 637-3924 |
| 7 | Facsimile: (510) 637-3724<br>Vineet.Gauri@usdoj.gov |
| 8 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00453-MJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER OF CONTINUANCE |
| v. | ) | OF SENTENCING HEARING |
| | ) | |
| JEFF M. STUMP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is ORDERED that the sentencing hearing set for September 8, 2006, before the Honorable Martin J. Jenkins, be vacated and reset for November 3, 2006 at 2:30 p.m. in Oakland.

//

//

- 1 -

DATED: 9/5/2006

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE