KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CABN 202121)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3771
   Facsimile: (510) 637-3924

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00453-01-MJJ |
| v. | [PROPOSED] ORDER REGARDING RESTITUTION AMOUNT |
| JEFFREY M. STUMP, | Hearing: January 19, 2007<br>2:30 p.m. (Oakland) |
| Defendant. | |

# **ORDER**

   Based on the reasons provided in the stipulation of the parties regarding the proper restitution amount in this case, the Court hereby FINDS that the initial overpayment by the Social Security Administration ("SSA") to Defendant was $8,033.48. The Court further FINDS that Defendant receives a monthly check from SSA in the amount of $856.00, of which $85.60 is withheld as restitution. In addition, the Court FINDS that, as of February 1, 2007, Defendant will have made restitution payments to the SSA totaling $5,804.58. Moreover, the Court FINDS that, as of February 1, 2007, Defendant will owe the SSA a balance in the amount of $2228.90 to complete his restitution payments.

[PROPOSED] ORDER REGARDING
RESTITUTION AMOUNT
(CR 05-00453-01-MJJ)

Based on these findings, IT IS HEREBY ORDERED THAT, as a condition of his probation, Defendant shall continue to have $85.60 withheld as restitution from each monthly check he receives from the SSA until he has made complete restitution for the remaining balance, which, as of February 1, 2007, is $2228.90. The Court further finds that the defendant does not have the ability to pay interest and ORDERS that the interest requirement is waived for the restitution.

IT IS SO ORDERED.

DATED: 1/18/2007

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REGARDING
RESTITUTION AMOUNT
(CR 05-00453-01-MJJ)            2